IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In Re Application of* **IFINEX INC.,** *for the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.* | MISCELLANEOUS FILE<br><br>NO. 1:20-mi-00042-JPB-AJB |

### ORDER TO SHOW CAUSE

This Court's Local Rules require that a party file "at the time of first appearance" a certificate of interested persons and a corporate disclosure statement. LR 3.3, NDGa. Applicant has filed no such disclosures. (*See* Dkt.).

Accordingly, it is hereby **ORDERED** that Applicant **SHALL** file its certificate of interested persons / corporate disclosure statement within **TEN (10) DAYS** of this Order. Failure to timely comply with this Order may result in sanctions, up to and including dismissal of the action.

The Clerk is **DIRECTED** to re-submit this Order to the undersigned for further consideration if Applicant fails to comply within the specified time.

**IT IS SO ORDERED AND DIRECTED**, this 28th day of April, 2020.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE