IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In Re Application of* **IFINEX INC.,** *for the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.* | MISCELLANEOUS FILE<br><br>NO. 1:20-mi-00042-JPB-AJB |

### SECOND ORDER TO SHOW CAUSE

This Court's Local Rules require that a party file "at the time of first appearance" a certificate of interested persons and a corporate disclosure statement. LR 3.3, NDGa. This is so that judges and magistrate judges of this Court may evaluate possible disqualification or recusal. LR 3.3(A), NDGa.

On April 28, 2020, the Court ordered Applicant to file Rule 3.3 disclosures. [Doc. 5]. On May 8, 2020, Applicant filed the certificate of interested persons and corporate disclosure statement that is presently before the Court. [Doc. 6]. In the disclosure, Applicant lists only itself, its parent company, and its attorneys. [*Id*. at 1-2].

The disclosure does not satisfy Rule 3.3. In addition to requiring the identification of the parties, any parent corporation, any publicly held corporation owning at least ten percent of a party's stock, and each person serving as a lawyer

in the proceeding, Rule 3.3 also requires "[a] complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case." LR 3.3(A)(2), NDGa.  Review of the motion to conduct discovery reveals that myriad other persons and entities absent from the Rule 3.3 disclosure have interests which could be substantially affected by the outcome of this case. [*See generally* Doc. 1].  It is also likely that others not specifically identified in the motion to conduct discovery but known to Applicant also have interests which could be substantially affected by the outcome of the case, such as, but not limited to, Global Trade Solutions AG, Crypto Capital, and Global Trading Solutions, LLC (including its constituent members).

Accordingly, it is hereby **ORDERED** that Applicant **SHALL** file an amended certificate of interested persons / corporate disclosure statement within **TEN (10) DAYS** of this Order.  Failure to timely comply with this Order may result in sanctions, up to and including dismissal of the action.

The Clerk is **DIRECTED** to re-submit this Order to the undersigned for further consideration if Applicant fails to comply within the specified time.

**IT IS SO ORDERED AND DIRECTED**, this 11th day of May, 2020.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE