IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re Application of* <br><br> iFinex Inc. <br><br>         Applicant, <br><br> For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Civil Action No.: <br> 1:20-mi-00042-JPB-AJB |

## AMENDED CERTICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 of the United States District Court for the Northern District of Georgia and Rule 7.1 of the Federal Rules of Civil Procedure, Applicant iFinex Inc. ("Applicant") hereby respectfully submits this Amended Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in the action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   Parties:

1

Applicant: iFinex Inc. iFinex Inc. is a non-governmental entity whose parent corporation is Digfinex Inc. No publicly traded corporation owns ten percent or more of Applicant's stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations possibly having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   i. Banco Protuguês de Investimento
   ii. Bankinter, S.A.
   iii. Bank of America, N.A.
   iv. Bank of Colorado
   v. Bitfinex
   vi. Caixa Geral de Depósitos, SA
   vii. Citibank, N.A.
   viii. Crypto Capital Corp *formerly trading as* Crypto Capital
   ix. Digfinex Inc.
   x. Eligibility Criterion Unipessoal LDA
   xi. Enterprise Bank & Trust
   xii. Diane Fletcher
   xiii. Reginald Fowler

xiv. Trent Fowler

xv. Global Trading Solutions, LLC

xvi. Global Trade Solutions AG *trading as* Crypto Capital

xvii. G.T.S. Resources Limited

xviii. HSBC Bank plc

xix. HSBC Bank USA, N.A.

xx. iFinex Inc.

xxi. Katsuyoshi Iwanaga

xxii. Ivan Manuel Molina Lee

xxiii. Rondell Monroe

xxiv. NLE Consulting Group

xxv. Spiral Global Development Limited

xxvi. David Anthony Stafford

xxvii. Stearns Bank N.A.

xxviii. SunTrust Bank

xxix. TCA Investment Bancorp & Trust Company

xxx. TD Bank, N.A.

xxxi. U.S. Bank, N.A.

xxxii. Ozzie Yosef *also known as* Ozzie Joseph

xxxiii. Wells Fargo, N.A.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>David S. Fried
>Scott L. Bonder
>Fried & Bonder, LLC
>White Provision, Suite 305
>1170 Howell Mill Road NW
>Atlanta, GA 30318
>
>Michael Jason Lee, Esq. (*pro hac vice*)
>Law Offices of Michael Jason Lee, APLC
>4660 La Jolla Village Drive, Suite 100
>San Diego, California 92122
>
>Christopher J. Beal, Esq. (*pro hac vice*)
>Dillon Miller & Ahuja, LLP
>5872 Owens Avenue, Suite 200
>Carlsbad, California 92008

Respectfully submitted this 15th day of May 2020.

**FRIED & BONDER, LLC**

*/s/ David S. Fried*
David S. Fried
Georgia Bar No. 277319
dfried@friedbonder.com
Scott L. Bonder
Georgia Bar No. 066815
sbonder@friedbonder.com
White Provision, Suite 305
1170 Howell Mill Rd. NW
Atlanta, GA 30318
Phone: (404) 995-8808
Facsimile: (404) 995-8899

**LAW OFFICES OF MICHAEL JASON LEE, APLC**

Michael Jason Lee, Esq. (*pro hac vice*)
California State Bar No. 206110
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: (858) 550-9984
Facsimile: (858) 550-9985
Email: michael@mjllaw.com

**DILLON MILLER & AHUJA, LLP**

Christopher J. Beal, Esq. (*pro hac vice*)
California State Bar No. 216579
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (858) 587-2587
Email: cbeal@dmalaw.com

*Counsel for iFinex, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed *AMENDED CERTICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties to this action.

**FRIED & BONDER, LLC**

*/s/ David S. Fried*
David S. Fried
Georgia Bar No. 277319